**Exhibit A to the Complaint**

**Location:** Detroit, MI  
**Total Works Infringed:** 54  
**IP Address:** 68.43.128.25  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D27AD69740E864DB378A76A9906D64D54E5DD4BA<br>File Hash: D958F74026D994A516F1A09AB078ACA30F1538FDC0D28289E4806190BFA60D10 | 12/12/2024 01:28:25 | TushyRaw | 12/10/2024 | 12/13/2024 | PA0002506275 |
| 2 | Info Hash: 306206F5AF2FE92138476951F6A1F7B453620D06<br>File Hash: 3777EAA14D4EDEC849E9D7CEC17C2746E0055888176DA972E4BC598C06FE3014 | 12/10/2024 04:29:09 | Blacked | 12/09/2024 | 12/13/2024 | PA0002506321 |
| 3 | Info Hash: 7549256A97B40129BE162F54504E847D3228A22B<br>File Hash: 63D2085EBFB75CDDDFB4B9FB00AA2E02A04692AF0C30CA360BBC693F38CED41E | 12/10/2024 04:29:08 | Blacked Raw | 12/09/2024 | 12/13/2024 | PA0002506263 |
| 4 | Info Hash: 80BD924CE6FBD5C7413362CF3987BE5BA1C095E1<br>File Hash: 9F309CB676E4770EAF8243742E7E07145AB9E24FACF73DA7432F78BF8EA2ECE6 | 12/09/2024 07:04:36 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 5 | Info Hash: 60D5D982AB695F66CBD0B626C96B0F22892C45FE<br>File Hash: 07D8A6FDCC4B4A71BA0485E909A2C00D61CD7AA7A47678D88482A882B340E615 | 12/07/2024 01:55:41 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 6 | Info Hash: 2321325FD6231C43B16225ED92D35EC194F66CDA<br>File Hash: E161AAC91DF39421313563F176653AE35EE2ACA14F94FC287B82951A4B693E8B | 12/07/2024 01:55:31 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 7 | Info Hash: 695E9D83615B5A13BFEFC26F58A2D42A0B2FF802<br>File Hash: A6E78E4F875489E878EDEEE537A0BE3E3EE5038F70526536DD64002D7975729C | 12/05/2024 10:23:50 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 8 | Info Hash: 3A497CEA7731742FD04CC0743F3651FB6F48DF3A<br>File Hash: C9237B1C59DD52F3281A6091C06C85836C333254D5FD792492DC2F821C5F8666 | 12/04/2024 05:50:36 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 9 | Info Hash: 83BE87794B9676F1F08AECE1299AFA00D4ECDA92<br>File Hash: D5FF6C0DF98A3C2BEC7940B42B946BCDA63D90EFF92D524707E27190CF2AB2F5 | 12/04/2024 05:50:35 | TushyRaw | 12/03/2024 | 12/13/2024 | PA0002506319 |
| 10 | Info Hash: 7BC42D9B77AD4B94C205E58AE6D0589BEA2C62CB<br>File Hash: 525B652615C076E48EF47C1407CB56250C6487971F8784F6AC01C1DBC02F02EE | 11/30/2024 11:43:55 | Vixen | 11/29/2024 | 12/13/2024 | PA0002506265 |
| 11 | Info Hash: 23F175E8596F1F28798CC3260BA6DB33CDAE0549<br>File Hash: 3F5747ADE99F0BAEFE20A9E2162594D49BAE3AB97867C188D9EF7458AA09EB96 | 11/30/2024 11:43:42 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: FBB2A9859644C33E5DD419EA832D779BEFF1FC09<br>File Hash: F352BE4E3EA2CBF4187A6AB1B73BA17099F3396B3A1BE65B78ACE839CFEA5B80 | 11/27/2024 12:14:52 | TushyRaw | 11/26/2024 | 12/13/2024 | PA0002506324 |
| 13 | Info Hash: 57B2E95F11388454709A461420262CF298C6C02F<br>File Hash: 66B181A05E813BA66E124825296A507E36F54904CF578AADCF791874D7861756 | 11/27/2024 12:14:47 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 14 | Info Hash: 41F7DA0C2EE1A559FC33F0D690B0E4E2E1A72180<br>File Hash: 4C375B4CC391A70BF1847A612B6C9FF68FBA45DCE51D4E69975B6439329A2271 | 11/27/2024 12:14:44 | Tushy | 11/24/2024 | 12/13/2024 | PA0002506272 |
| 15 | Info Hash: 6B12CF464207A227BE2F26A6EA56DE4F33B09F28<br>File Hash: CE94C7F370108016C37F4A4A32DA32783E83BB26C360FEC69842F0AB2EB26CD3 | 11/27/2024 12:14:44 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 16 | Info Hash: 46FAB862E2DD5388DF00251615156689A1CDF14D<br>File Hash: 339C9D003B265C443F7340B650B5D4DD25E58671C5EED4D7C41D5883FC1381BA | 11/27/2024 12:14:44 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 17 | Info Hash: D38987B33F466A2691A9AD15D1C7C7580934F2DB<br>File Hash: ED8266AE849E86095075B9E254188439153147DFBD7E00A8088DF92152229417 | 11/23/2024 17:12:07 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 18 | Info Hash: 0D4C26BFF831BEECC098665ED8F3B93321A4BAEC<br>File Hash: D676B2CABB9F17147BC367D3903B66C960A43B8D2A85EE7A87A9A0FE7FB0BA18 | 11/22/2024 14:00:39 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 19 | Info Hash: 36D4FDCD05B2375F8FE6FAA42494CC209821290A<br>File Hash: B56D886CA72B932413FFC59F61287039C39C534FE865199AF1BAE82CEE2E4BF0 | 11/20/2024 22:14:01 | TushyRaw | 11/12/2024 | 11/18/2024 | PA0002500906 |
| 20 | Info Hash: C0680BAB65CC49E2BC1D01CD7B77DE2C22E17645<br>File Hash: 0E467B4E222AE253A91EF027AA59B5814A31ADF89106C8B5E1D2274A1028DFDC | 11/20/2024 22:14:01 | Blacked Raw | 11/18/2024 | 12/13/2024 | PA0002506266 |
| 21 | Info Hash: 4AA0FF152A73DAA22FB3AE692EA13568689312B1<br>File Hash: E1BD26F7B25535542F9F4EE0AEDA87D82762B9B506A76AF9B9E1B4AD5C489E71 | 11/12/2024 22:12:46 | Blacked Raw | 11/11/2024 | 11/18/2024 | PA0002500967 |
| 22 | Info Hash: BEFABE8EFA426BF66597AF3B2C6CAA25C2EF8083<br>File Hash: A6E66B12E1F994E7AA3DBAB1FCECF6DDED11ADD64F473F9ACC1A67079667F309 | 11/12/2024 19:57:02 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 23 | Info Hash: 653F387B18AB5B3F002104B241285CB132AEC199<br>File Hash: 01BBC707E8E21098F75F86B89ABEE4B73C82F5F88A21FB70B9C0A8281AC91688 | 11/11/2024 19:49:22 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 98FFE59A3DF9C512149A7F84E46F954AB349B58D<br>File Hash: 24E000AADC5A105F183B7E2DCAEF507B5B69B8C1619914F48C9FAA148AFAD755 | 11/03/2024 14:01:18 | Vixen | 11/01/2024 | 11/18/2024 | PA0002500861 |
| 25 | Info Hash: 7021B89024A130D2357D118009F666496F062CDB<br>File Hash: B6043A144E0AA765318D8448CD8EF37CB450B5CD8D6BAEB5C723AAB10A9410E8 | 11/01/2024 21:38:40 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |
| 26 | Info Hash: 9B0AF210DEBE37089BFFD9709DD834B888B56482<br>File Hash: 6F24CD8780432FA6FE9BADD3242925C79DF976814E7C5F5ECE3D81ED3CDF21C1 | 10/29/2024 21:43:46 | TushyRaw | 10/29/2024 | 11/18/2024 | PA0002500903 |
| 27 | Info Hash: 346FC1FB133EDA128B81CF6DA67244590FB20FF4<br>File Hash: 4A512EA4A29AEB7D8E61AD8DD825D3B6749A700342189166D26F250CDF12DEE4 | 10/29/2024 21:42:14 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |
| 28 | Info Hash: D25EEBDA1749E9C30219F35551A44881425DF492<br>File Hash: DB7F905168EB400487B69D18D14267315D928200FB3DD0F27B75C23FD6920889 | 10/25/2024 18:53:51 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 29 | Info Hash: 410C37422AE8FDC923464E8D6C82D8A9D450C793<br>File Hash: DE8EAB953177413C671FC8DE5960AD3C92279F0F3A1263969C95616B5511EF1D | 10/19/2024 17:05:04 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 30 | Info Hash: A929CBE9B2B89D0BA3BB1685C9034426ABBB7745<br>File Hash: DB371855F2AA2705835AF7C0BC36D5DD6564DDA9BEB02295890A45DE8D867045 | 10/17/2024 03:04:37 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |
| 31 | Info Hash: 07B011F7A8DF9F7CB417C41C93A1821BDFF8CDC1<br>File Hash: EFBCCCAEF52A91D74BE87376917C398070F35AB302720E6E0BB05B453CDE9A27 | 10/17/2024 03:03:34 | Blacked Raw | 10/14/2024 | 10/16/2024 | PA0002494704 |
| 32 | Info Hash: 7FF0AF400B6CAA379FB532F25053329202BF785A<br>File Hash: 5696E93ACECC54B12ED24EAC3DF5542D75D5418BFB3916B7FE014BDE5FEA8EB0 | 10/17/2024 03:03:29 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 33 | Info Hash: D4A9B2D2C4B9227F9CD1E7F84FF42CF4CEE9DFFF<br>File Hash: ADCA8C1F6BF839DAA2C50A8327C35D7F83E88969F4B125903EBBEA63F6F828E5 | 10/14/2024 02:15:26 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 34 | Info Hash: FAE7697DC18F7E36321CCB9CE4B2A8BA823FA69E<br>File Hash: AF61A2D5FDA51C16C35BBE7F31B36DF5253F83DD85D584D248F3CF9786615D10 | 10/13/2024 02:49:55 | Milfy | 05/08/2024 | 06/20/2024 | PA0002477044 |
| 35 | Info Hash: 2AC0A8325CE106B0B58CF7D8F726A32FEBABCADE<br>File Hash: 58127D0AD174775559EB79C81CB46C805DCC05D429C8ABCCCC3D0CCBB774779B | 10/13/2024 00:52:24 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EC47E42606F2B935E8397CB03558AEED2AC97D89<br>File Hash:<br>8AD8CC68E245246BD9E5EFADBF7AF8EBC037971F462E1EFABF5079CCD7C2CC1F | 10/13/2024<br>00:48:56 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |
| 37 | Info Hash: DA3C091B5B775948B320E2E3C26D3DDDFCA2F4ED<br>File Hash:<br>FF38E957BB3D66210E346B4E5D2C6D7F6C3694F615CDF192DD460692A470F9FC | 10/13/2024<br>00:48:48 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 38 | Info Hash: 3DB0F91AE0F21A24BD9AAC80FEA4654F4C344201<br>File Hash:<br>2678F85F8333EBB1DA1DBB08DF29EB4DC1AA1A3B637111DBE961B4D619E3D34E | 10/13/2024<br>00:48:48 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 39 | Info Hash: 4F6C1BA87CC8D4A32689CDB88F5B69562EB21A80<br>File Hash:<br>CABE457FA484404DF84B7DFC3B087147D0D981B3A07E61CFB29C76CD1A3510DC | 10/12/2024<br>22:00:25 | Milfy | 09/11/2024 | 09/18/2024 | PA0002490442 |
| 40 | Info Hash: B736DFD0917A0F9CF43ED32F0106031D852F66FE<br>File Hash:<br>1AE6644B89BE764CD65FF1E69BD3105EBA53E7D61A9A55E538877137CC2D38FE | 10/12/2024<br>21:59:41 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 41 | Info Hash: E946B8A1F07F7798F96D48431E8C8BBF2465A2B8<br>File Hash:<br>16A5C8A28042CB4A86F48A01BF3F0AAB5691D18422A98EB2490CC5295B8C6711 | 10/12/2024<br>21:46:49 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 42 | Info Hash: AC019CE21CF3D7DB523BB189E229057377E074D7<br>File Hash:<br>09C8E81DE3E983BE4248CF4650398238212E6F9360C7520F9E05120F23865E96 | 10/12/2024<br>21:46:44 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 43 | Info Hash: A9ABF7F85FF9E4630856DB795005286FE729C693<br>File Hash:<br>C2B210EE89D9767F321F5F49AD8B65941F9D8049C89D83594A4EEB4B0A7F4961 | 10/12/2024<br>21:46:07 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 44 | Info Hash: 1B12DD98CD278C143727A8B75636AC379383F8A4<br>File Hash:<br>21E414C56CCCCA3A611BA7D30577DB3828F59023DBB16DF4D1C2AD30A570BA49 | 10/12/2024<br>21:46:06 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 45 | Info Hash: 61096893A456453E8CC3615E1742E74628FA9DC3<br>File Hash:<br>51A297F7D21196D4DB69B9F6B91A0B36F77F2F7F2E5700FB825F5BB0CA6101E4 | 10/12/2024<br>21:46:06 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 46 | Info Hash: 446734F9D82E6C747C583F726DC762FB77A14B0C<br>File Hash:<br>85A6D621C404E9C20E3503532193DCB59B72D0946E70969E2903765341D8B097 | 10/12/2024<br>21:46:05 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 47 | Info Hash: 657955C7320E6130644B50760E4B34F239BD6462<br>File Hash:<br>59FBE28A11BAD2CD8F71CFE146D950D2D8FC877F5E75C3D4B03FF58C5F3FA788 | 10/12/2024<br>21:46:05 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 0129BDC7576C84B0B74378F05BB40D3DEBF49A71<br>File Hash:<br>0DB22C47B6F8A461441D122A3CC055AB6E61FCDA1D5BA05C08235E0976EAFFE7 | 10/12/2024 21:46:05 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 49 | Info Hash: EA7AC187CF67482D072F1E2E08ACF02ABAA52842<br>File Hash:<br>CF10898DAF5D5E6AA8CFD69314525F2DD6147A75D8FBD7E57AA9ED868DA0F675 | 10/12/2024 21:46:01 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 50 | Info Hash: 57BBCFB426DEED01CED878126E8AA5C6B5046414<br>File Hash:<br>D614CFEEA98FA07942813E089AB8A885A6BD7B71E92FF5CBBC09B55E59F4D7FB | 10/12/2024 21:46:01 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 51 | Info Hash: 0325A173A22D08502BF475953BC4777A563E55D3<br>File Hash:<br>DD9328AA22CD5E690CCB48CD6392FC03BA084B5915F4EE2FBC70268E0D5A007E | 10/12/2024 21:46:01 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 52 | Info Hash: B3BAC6CC725587815828B0398A29F5FB6AD9CC8B<br>File Hash:<br>48431CA7273BA0A1EE40CDE0176F7148D55898FCA4CBB836CF60E2FE69C799DD | 10/12/2024 21:45:55 | Milfy | 10/02/2024 | 10/16/2024 | PA0002494708 |
| 53 | Info Hash: 631D7A4CDE3B96234881B18103B4DDD1639FD819<br>File Hash:<br>551EA1C46E3B9BA482DF6D11B98BA316D55D0A3570FA5E76CF942ACDC2378AE0 | 10/12/2024 06:46:03 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 54 | Info Hash: 31886A36A984ACD5029510E34D8F89B9B1A42FF8<br>File Hash:<br>04E14EBA26C9D549DE9F3DB6EA6834E52D0B01FDF3B182DD310B5200000E6BD8 | 10/12/2024 06:45:44 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |