UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

Case No. 25-cv-10201
Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 68.43.128.25,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: May 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2025, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126